UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOSEPH CANTILLO o/b/o PETRONELLA
CANTILLO,

          Plaintiff,

v.                               Case No. 5:09-cv-560-Oc-10GRJ

MICHAEL J. ASTRUE, Commissioner of Social
Security,

          Defendant.
_____/

## ORDER

Pending before the Court is Defendant's Uncontested Motion for Extension of Time to File Memorandum of Law Through August 12, 2010. (Doc. 11.) Defendant represents that, pursuant to Local Rule 3.01(g), he has contacted the Plaintiff and notified him of the Motion. Plaintiff has no objection to the granting of the Motion.

Accordingly, and upon due consideration, the Defendant's Motion for Extension of Time is **GRANTED**. The Defendant will file his Memorandum of Law on or before August 12, 2010.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Ocala, Florida, on July 16, 2010.

                                                      GARY R. JONES
                                                      United States Magistrate Judge

Copies to:
      All Counsel